UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE HAMILTON,<br>    Plaintiff,<br>  v.<br>DS SERVICES OF AMERICA, INC., et al.,<br>    Defendants. | Case No. 15-cv-04735-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Eddings v. DS Services of America*, 15-cv-02576-VC. The January 14, 2016 Case Management Conference is VACATED pending Judge Chhabria's determination.

**IT IS SO ORDERED.**

Dated: January 8, 2016

MARIA-ELENA JAMES
United States Magistrate Judge