| | |
|---|---|
| SEYFARTH SHAW LLP<br>Catherine M. Dacre (SBN 141988)<br>cdacre@seyfarth.com<br>Justin Curley (SBN 233287)<br>jcurley@seyfarth.com<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105<br>Telephone:   (415) 397-2823<br>Facsimile:    (415) 397-8549<br><br>SEYFARTH SHAW LLP<br>Heath A. Havey (SBN 244087)<br>hhavey@seyfarth.com<br>400 Capitol Mall, Suite 2350<br>Sacramento, CA 95814<br>Telephone: (916) 448-0159<br>Facsimile:   (916) 558-4839<br><br>SEYFARTH SHAW LLLP<br>David D. Kadue (SBN 113578)<br>2029 Century Park East, Suite 3500<br>Los Angeles, CA 90067-3021<br>Telephone: (310) 277-7200<br>Fax:  (310) 201-5219<br><br>Attorneys for Defendants<br>DS SERVICES OF AMERICA, INC.<br>(fka DS WATERS OF AMERICA, INC.) and<br>COSTCO WHOLESALE CORPORATION | ALEXANDER KRAKOW + GLICK LLP<br>Michael S. Morrison (State Bar No. 205320)<br>401 Wilshire Boulevard, Suite 1000<br>Santa Monica, California 90401<br>T: 310 394 0888 \| F: 310 394 0811<br>E: mmorrison@akgllp.com<br><br>LAW OFFICES OF KYLE TODD<br>Kyle J. Todd (State Bar No. 286370)<br>Daniel O'Neil-Ortiz (State Bar No. 269299)<br>611 Wilshire Boulevard, Suite 1000<br>Los Angeles, California 90017<br>T: (323) 208-9171<br>E: kyle@kyletodd.com<br><br>Attorneys for Plaintiffs<br>CHRIS EDDINGS, KENDALL HEATH, and<br>LINO GONZALEZ, as individuals, on behalf of<br>themselves, all others similarly situated, and the<br>general public |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EDDINGS, KENDAL HEATH, and LINO GONZALEZ, as individuals, on behalf of themselves, all others similarly situated, and the general public,,<br><br>            Plaintiffs,<br><br>    v.<br><br>DS WATERS OF AMERICA, INC., a corporation; DS SERVICES OF AMERICA, INC., a corporation; COSTCO WHOLESALE CORPORATION, a corporation; and DOES 1-100,<br><br>            Defendants. | Case No. 3:15-cv-2576<br> AMENDED<br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>**(Removed from Superior Court Of California, County Of Alameda, Case No. RG15759224)** |

1

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

1  Pursuant to USDC ND Cal. Civil Local Rule 6, the Parties to the above-entitled action, Plaintiffs Chris Eddings, Kendal Heath, and Lino Gonzalez ("Plaintiffs") and Defendants DS Services of America, Inc. and Costco Wholesale Corporation ("Defendants") (collectively referred to herein as "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, an Initial Case Management Conference was held on September 22, 2015, wherein the parties requested to be allowed to participate in private mediation in January 2016, and the Court granted the request and set a further Case Management Conference for January 26, 2016, and with Case Management Statements due by January 19, 2016. (Dkt. 20.)

WHEREAS, Plaintiffs and Defendants agreed to use mediator Jeffrey Ross for private mediation of this class action case.  As of September 22, 2015, Jeffrey Ross only had one mediation date available in January that was prior to the Case Management Conference, but the parties were unable to mediate on that date due to conflicts.  Therefore, the parties agreed to mediate on February 9, 2016.  (Declaration of Heath A. Havey ("Havey Decl."), at ¶2.)

WHEREAS, Plaintiffs and Defendants met and conferred on January 11, 2016, and again on January 14, 2016, and agreed that the purpose of the further Case Management Conference, which is to discuss the results of private mediation, will best be served after mediation is completed, and agreed that it should be continued to February 23, 2016, or the next available date convenient for the Court, and further agreed that the purposes of the September 22, 2015 minute entry (EMF No. 20) would best be served if the due date for the Case Management Statements was continued to seven days before the Case Management Conference, or February 16, 2016.  (Havey Decl., ¶3.)

WHEREAS, the parties have not previously requested any time modification for this Case Management Conference, although the Court sua sponte changed the time of the Case Management Conference from 10:00 a.m. to 2:30 p.m. on January 14, 2016.  (EMF No. 24; Havey Decl., ¶4.)

WHEREAS, the parties, through counsel for Defendants Heath A. Havey, have submitted a declaration compliant with USDC ND Cal. Civil Local Rule 6-2(a).

NOW THEREFORE, the Parties stipulate and request that the Court enter an order that the January 26, 2016 Case Management Conference be continued to February 23, 2016, or the next available date convenient for the Court.

NOW THEREFORE, the Parties stipulate and request that the Court enter an order that the updated Case Management Statements currently due on January 19, 2016, be continued to February 16, 2016, or 7 days before the Case Management Conference.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: January 15, 2016                                    Respectfully submitted,

                                                           SEYFARTH SHAW LLP


                                                           By:   /s/ Heath A. Havey
                                                                 Catherine M. Dacre
                                                                 Heath A. Havey
                                                                 Attorneys for Defendants
                                                           DS SERVICES OF AMERICA, INC. (fka DS
                                                           WATERS OF AMERICA, INC.) and COSTCO
                                                           WHOLESALE CORPORATION

3

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

DATED: January 15, 2016                         Respectfully submitted,

               ALEXANDER KRAKOW + GLICK LLP

               By:  /s/ Michael S. Morrison
                  Michael S. Morrison

               Attorneys for Plaintiffs

DATED: January 15, 2016                         Respectfully submitted,

               LAW OFFICE OF KYLE TODD

               By:  /s/ Kyle J. Todd
                  Kyle J. Todd
                  Daniel O'Neil-Ortiz

               Attorneys for Plaintiffs
               CHRIS EDDINGS, KENDALL HEATH, AND LINO GONZALEZ, as individuals, on behalf of themselves, all others similarly situated, and the general public.

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING, IT IS ORDERED that:

The January 26, 2016 Case Management Conference is continued to February 23, 2016 at ~~10:00 a.m.~~ 1:30 p.m.

The Case Management Statement currently due by January 19, 2016, is continued to February 16, 2016.

DATED: January 20, 2016                         _____
               HON. VINCE CHHABRIA

4

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**